## 31223. GARNER v. CHANDLER.

Hill, Justice.

This appeal involves a land line dispute. Appellant contends that the trial court erred in overruling the motion for new trial on the general grounds and in charging the jury. After reviewing the evidence and the charge, we find no error.

*Judgment affirmed. All the Justices concur.*

Argued June 15, 1976 — Decided July 9, 1976.

*Dunaway & Perry, Marson G. Dunaway, Jr.,* for appellant.

*D. B. Howe, Jr.,* for appellee.